IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD DURAN and DORIS DURAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-722-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff against defendants in the amount of $24,615.63 for defendants jointly and in the amount of $34,965.66 for defendant Clifford Duran, all with statutory interest and additions accruing from June 16, 2008.

Approved as to form this 3d day of September, 2008.

_____
Barbara B. Crabb,
District Judge

_____       9-4-08
Joel Turner, Acting Clerk of Court     Date